JS-6

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50262 | **DATE** | 9/29/2004 |
| **CASE TITLE** | Kilgore vs. Barnhart | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] For the reasons stated on the reverse memorandum opinion and order, the court accepts the report and recommendation of the magistrate judge and dismisses this cause in its entirety.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | number of notices | Document Number |
|---|---|---|---|---|
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | 10-4-04 date docketed | 29 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | docketing deputy initials | |
| ✓ | Mail AO 450 form. | | | |
| ✓ | Copy to judge/magistrate judge. | | 10-1-04 date mailed notice | |
| LC | courtroom deputy's initials | Date/time received in central Clerk's Office | DW mailing deputy initials | |

# MEMORANDUM OPINION AND ORDER

Plaintiff, Geraldine Kilgore, objects to the report and recommendation of the magistrate judge denying her motion for summary judgment, granting defendant, the Commissioner of the Social Security Administration's motion for summary judgment, and affirming the decision of the ALJ to deny plaintiff's request to change her monthly retirement benefit. In her pro se objection, plaintiff asserts that she is not actually divorced from Billy Kilgore. She does not otherwise raise any argument or basis for rejecting or modifying the report and recommendation.

Plaintiff, as stated in the report and recommendation, is divorced from Billy Kilgore. See In re Marriage of Kilgore, No. 2-00-1100, unpublished order pursuant to Ill. Sup. Ct. R. 23, (Dec. 19, 2001). There being no other basis for rejecting or modifying the report and recommendation asserted, and the court having conducted a de novo review, see Fed. R. Civ. P. 72(b), the court accepts the report and recommendation denying plaintiff's motion for summary judgment, granting defendant's motion for summary judgment, and affirming the decision of the ALJ.